IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BARRY FARMER,                          )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        CIVIL ACTION NO. 1:04CV751-F
                                       )
DOTHAN CITY SCHOOLS, et al.,           )
                                       )
                Defendant.             )

# RECOMMENDATION OF THE MAGISTRATE JUDGE

This case is before the court on the complaint filed by the plaintiff on 6 August 2004 (Doc.
# 1).  The plaintiff named several individual defendants in this Title VII lawsuit:   Jimmy Addison,
Robin Bynum, Dell Goodwin, James Hemby, Leon Hobbs, Margaret Johnson, Earl Jones, James
Kelly, David Morales, Marc Nelson, Sam Nichols, Lynne Summerford, Todd Weeks, and Gayla
White.

For the reasons stated below, the Magistrate Judge recommends that these individual
defendants, who are not employers, as defined by the statute, should be dismissed.

## I.  DISCUSSION

"The relief granted under Title VII is against the
employer, not individual employees whose actions
would constitute a violation of the Act."  ***Busby v.
City of Orlando***, 931 F.2d 764, 773 (11th Cir. 1991).

The law in the Eleventh Circuit is settled that employees may not be sued in their individual
capacity under Title VII of the Civil Rights Act of 1964.  ***Busby, supra*** ("Individual capacity suits

under Title VII are . . . inappropriate."); *Quillen v. American Tobacco Company*, 874 F.Supp. 1285, 1296 (M.D. Ala. 1995) (individual entitled to summary judgment "as to Title VII claims against him in both his official and individual capacties"). *See also Yeager v. Norwest Multifamily, Inc*., 865 F.Supp. 768, 770 (M.D. Ala. 1994); *Bahadirli v. Domino's Pizza*, 873 F.Supp. 1528, 1533, n. 2 (M.D. Ala. 1995) (Albritton, J.); *Smith v. Capitol City Club of Montgomery*, 850 F.Supp. 976, 978 (M.D. Ala. 1994) (Thompson, J.); and *Blalock v. Dale County Bd. of Ed.*, 33 F.Supp. 2d 995, 998 (M.D. Ala. 1998).

Based upon clear and recent authority, the plaintiff may not maintain a Title VII action against the individual defendants, and they are entitled to dismissal as named parties.


## II.  CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the Title VII claims against defendants :   JIMMY ADDISON, ROBIN BYNUM, DELL GOODWIN, JAMES HEMBY, LEON HOBBS, MARGARET JOHNSON, EARL JONES, JAMES KELLY, DAVID MORALES, MARC NELSON, SAM NICHOLS, LYNNE SUMMERFORD, TODD WEEKS, AND GAYLA WHITE, be DISMISSED with prejudice.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve by mail a copy thereof on the parties to this action.  The parties are DIRECTED to file any objections to the said Recommendation on or before 29 March 2005.  Any objections filed must specifically identify the objectionable findings in the Magistrate Judge's Recommendation. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of

issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. ***Nettles v. Wainwright***, 677 F.2d 404 (5th Cir. 1982). ***See Stein v. Reynolds Securities, Inc.***, 667 F.2d 33 (11th Cir. 1982). ***See also Bonner v. City of Prichard***. 661 F.2d 1206 (11th Cir. 1981, ***en banc***), adopting as binding precedent all of the decisions of the former Fifth Circuit promulgated prior to the close of business on 30 September 1981.

DONE this 16th day of March, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE