IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARRY FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:04cv751-F |
| ) | WO |
| DOTHAN CITY SCHOOLS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On March 16, 2005, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the Title VII claims against defendants: Jimmy Addison, Robin Bynum, Dell Goodwin, James Hemby, Leon Hobbs, Margaret Johnson, Earl Jones, James Kelly, David Morales, Marc Nelson, Sam Nichols, Lynne Summerford, Todd Weeks, and Gayla White, are DISMISSED with prejudice.

Done this the 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE