IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| BARRY FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:04-cv-751-MEF |
| ) | WO |
| DOTHAN CITY SCHOOLS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #68) to the Recommendation of the Magistrate Judge (Doc. #67) filed on January 25, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 67) entered on January 11, 2006 is ADOPTED;

3. The defendant's Motion for Summary Judgment (Doc. #42) is GRANTED.

4. The defendants' Motion for Judgment on the Pleadings (Doc. #35) is DENIED as MOOT.

DONE this 15th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE