IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| BARRY FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:04-cv-751-MEF |
| ) | WO |
| DOTHAN CITY SCHOOLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of all the defendants and against the plaintiff and that this action is dismissed.

DONE this 15th of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE